ALBERTUS D. PERKINS, Appellant, *v.* GEORGE STANTON, as President of the NEW YORK STATE GINSENG GROWERS' ASSOCIATION, Respondent.

*Perkins* v. *Stanton,* 96 App. Div. 631, affirmed.
(Argued January 16, 1906; decided January 30, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

August 17, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*D. Raymond Cobb* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 17, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*D. Raymond Cobb* for appellant.

*Theodore E. Hancock* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.